PD-0135-15

23-Jan 15

Court of Criminal Appeals
of Texas

Maclin Ray Denson

vs

State of Texas

Court of Appeals 02.14.00492.CR

Trial Court Case 1295117D

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Motion of Extension of Time
within which to file
petition of for Discretionary Review

FILED IN
COURT OF CRIMINAL APPEALS

FEB 03 2015

Abel Acosta, Clerk

To The Honorable Judge of Said Court;

Comes now Maclin R Denson; Appellant in
the above entitled and numbered cause by Pro-se
moves the Court pursuant to article 40.09 sec 9CCD
granting the appellant additional period of time
(60 days) in which to file his * petition for Discretionary
review, in support the appellant would show
the court as follows.

Maclin Denson recieved a letter dated December
8TH or December the 11TH The letter was from the Appellate
Court affirming the Trial Courts decision. The appellant
needs further time within which to file petition for Discretionary
review. The appellant requests further time to compile information
in which to construct his petition for discretionary review.

Wherefore, the appellant prays that The Court grant an extension of time in which to prepare and file appellants petition for discretionary review.

Respectfully submitted,

Maclin Ray Denson Pro-se

Maclin Ray Denson 0374461
100 N Lamar    59C/23
Ft. North, Tx 76102

## Verification of Unsworn Declaration

I, _Maclin Ray Danson_, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #_0314461_, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing _Motion of extension of time to file a petition Discretionary Review_ and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this _23rd_ day of _January_, 20_15_.

_Maclin Ray Danson pro-se_
(Signature) Defendant pro se

_Maclin Ray Danson pro-se_
(Print Name)

CID #_0314461_ DOB _5_/_15_/_59_

_100 Lamar St 59c/23_
Address:
_Ft North TX 76102_

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

*Maclin Ray Denson*  ## Certificate of Service

I, _____, hereby certify that a true and correct copy of the above motion

was served on Attorney for the State Joe Shannon by mailing via first-class mail to

JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT

WORTH, TX 76196 on this _23rd_ day of _January_ , 20_15_.

_____
*[Defendant's Name]*, Defendant Pro Se
CID # _037441_ DOB _5/15/59_
100 N. Lamar St. - _5GC/23_
Fort Worth, TX 76102-1954